United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDONALD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTINA M. KARKANEN, et al.,<br><br>    Defendants. | Case No. 18-cv-06992-MMC<br><br>**ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. No. 5 |

Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed November 29, 2018, by which said Magistrate Judge recommends the Court remand the above-titled action for lack of subject matter jurisdiction. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: December 21, 2018

_____
MAXINE M. CHESNEY
United States District Judge